DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

MICHAEL JOSEPH DeFURIA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-2405

————————————————

May 15, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Philip J. Federico, Judge.

W. Charles Fletcher of Law Office of W. Charles Fletcher, Jacksonville, for Appellant.

PER CURIAM.

    Affirmed.

SLEET, ATKINSON, and SMITH, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.